# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**MATTHEW ARMSTRONG**  **PETITIONER**
ADC #653248

v.  **CASE NO. 4:21-CV-00871-BSM**

**DEXTER PAYNE, Director,**  **RESPONDENT**
**Arkansas Division of Correction**

## ORDER

Having reviewed the entire record *de novo*, Magistrate Judge Joe J. Volpe's recommended disposition [Doc. No. 9] is adopted, and Matthew Armstrong's petition [Doc. No. 2] is dismissed with prejudice. A certificate of appealability is denied. Rule 11(a), Rules Governing § 2254 Cases in United States District Courts.

IT IS SO ORDERED this 3rd day of March, 2022.

_____
UNITED STATES DISTRICT JUDGE